

United States Department of Justice

*United States Attorney*
*Northern District of New York*

*445 Broadway, Room 218*     *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*     *Fax: (518) 431-0249*
*Albany, New York 12207-2924*

November 19, 2015

Honorable Gary L. Sharpe
Senior United States District Judge
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

    Re:   *United States v. Scott Valente*
           15-CR-124 (GLS)

Dear Judge Sharpe:

    The government requests that the previously suggested restitution language (*see* footnote #2 of Dkt. No. 21) be amended to read as follows:

    1. The defendant, SCOTT VALENTE, shall pay restitution in the amount of $8,200,579.69, which is due and enforceable by the U.S. Attorney's Office against any of his assets, including assets discovered during the investigation and those assets currently subject to a court order freezing The ELIV Group, LLC's assets (*SEC v. Valente, et al.*, 14 Civ. 3974 (S.D.N.Y.)), with any remaining restitution payable in monthly installments of $25.00 or 10% of his gross monthly income while incarcerated, and upon his release in minimum monthly installments of 25% of his gross monthly income until restitution is fully paid;

    2. Until restitution is fully paid, the defendant is restrained from transferring any asset with a value of $2,500 or more, unless it is necessary to liquidate and apply the proceeds of such property to his restitution;

    3. If at any time the defendant has the ability to make full or substantial payment toward restitution he shall do so immediately; and

Letter to Judge Sharpe
*United States v. Valente*
Case No.: 15-CR-124
November 19, 2015
Page 2

4. Restitution is to be made payable to the "U.S. District Court" and forwarded to: Clerk, U.S. District Court, P.O. Box 7367, 100 S. Clinton Street, Syracuse, NY 13261, for transfer to the victims.

Thank you.

        Very truly yours,

        RICHARD S. HARTUNIAN
        United States Attorney

By:   */s/ Richard D. Belliss*
        Richard D. Belliss
        Assistant U. S. Attorney
        Bar Roll Number: 515295
        United States Attorney's Office
        James T. Foley U.S. Courthouse
        445 Broadway
        Albany, N.Y. 12207
        Telephone: (518) 431-0247
        Fax: (518) 431-0249
        E-mail: richard.belliss@usdoj.gov

cc:   Hon. Lawrence K. Baerman, Clerk        (Electronic filing)
      U.S. District Court Clerk, Albany

      Joel D. Schwartz, Esq.        (Electronic service)
      Shulman, Rogers, Gandal, Pordy, Ecker, P.A.
      12505 Park Potomac Avenue, 6th Floor
      Potomac, Maryland 20865

      Angela Bennett Rodriguez        (Electronic service)
      U.S. Probation Office